## MILLER *v.* SCHANE.

BECK, J. Under the facts of this case a verdict for the defendant was demanded, and the court did not err in directing the jury to return the same.          *Judgment affirmed. All the Justices concur.*
SEPTEMBER 22, 1914.

Action for breach of contract. Before Judge Bell. Fulton superior court. May 29, 1913.

*James L. Key* and *Nathan Coplan,* for plaintiff.
*Hughes Spalding,* for defendant.